UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER A. SOUCY, | ) | 5:25-cv-05078-DW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR REMAND** |
| v. | ) | **PURSUANT TO SENTENCE FOUR** |
| | ) | **OF 42 U.S.C. § 405(G)** |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Commissioner's Unopposed Motion for Entry of Judgment with an Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), it is hereby

ORDERED that the Commissioner's decision in this matter is reversed and this cause is remanded to the Commissioner for further administrative proceedings as set forth below. *See Shalala v. Schaefer*, 509 U.S. 292 (1993);[1] It is further

ORDERED that upon remand by the Court, the case will be remanded to an administrative law judge who will offer the claimant an opportunity for a hearing and issue a new decision.

DATED this 3rd day of March, 2026.

BY THE COURT:

DANETA WOLLMANN
United States Magistrate Judge

---

[1] The Clerk of Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.