UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JENNIFER A. SOUCY,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LELAND DUDEK, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                    Defendant. | 5:25-CV-05078-DW<br><br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES |

Plaintiff Jennifer A. Soucy filed a motion for attorney's fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act ("EAJA"). (Doc. 13). The Defendant does not oppose the request. Accordingly, it is

ORDERED that Plaintiff's motion (Doc. 13) is granted. It is further

ORDERED that Plaintiff is entitled to attorney's fees in the sum of $9,000 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further

ORDERED that under Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by the court belong to the Plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B) (2006). It is further

ORDERED that the EAJA fees shall be paid to Plaintiff Jennifer A. Soucy but delivered to Plaintiff's attorney, David Goetz, Esquire, Law Office of Gonzales & Goetz, LLC, 2300 NW Corporate Blvd, Suite 244, Boca Raton, Florida, 33327.

DATED this 25th day of March, 2025.

BY THE COURT:

DANETA WOLLMANN
United States Magistrate Judge

2